UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

WILLIAM BAILEY

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:07-CR-40 (GHL)

_____Waived_____
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

 XX  guilty __ nolo contendere] as to count(s) 1 as amended on the record.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Unlicensed operation of a motor vehicle, in violation of Title 18, United States Code, Sections 7 & 13, assimilating Section 509 of the New York Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED:**   November 18, 2006

**IT IS THE JUDGMENT OF THIS COURT THAT:**  Defendant is ordered to pay a fine of $100.00, payable in installments of $50.00 due no later than September 30, 2007 and $50.00 due no later than October 31, 2007.  Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261.  Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED** that **original Count 1** of the Information is dismissed on motion of the United States.


_____August 8, 2007_____
Date of Imposition of Sentence


_____August 16, 2007_____
DATE SIGNED

*George H. Lowe* (signature)
George H. Lowe
United States Magistrate Judge